(INND Rev. 1/21)                                                                                                                page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]

-FILED-
JUN 0 8 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

__Matthew Emedobi__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__Broadstep Academy IN Inc__
[The DEFENDANT is who you are suing.]

Case Number __1:23CV235__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: __9707 Hidden Village PL. Fort Wayne IN 46835__

2. My telephone number is: (__260__) __702-6507__

3. The Defendant's address is: __Broadstep Academy - Indiana Inc 1205 South 70th Street, Milwaukee WI 53214__

4. This action is brought for employment discrimination pursuant to:

   ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      [race, color, gender, religion, national origin]

   ☐ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ☐ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ☐ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: __June 8, 2023__

6. The date on my Notice of Right to Sue letter is: _____

7. The date I received my Notice of Right to Sue letter was: __June 7, 2023__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Attached letter.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Matthew Emedobi
Heaven Village PL
Fort Wayne IN 46835
Phone number 260 702 6507
Email address matthewemedobi@gmail.com
6/8/23

The Judge,
Federal Court,
Harrison Street,
Fort Wayne IN.

Dear sir/madam,

Filing a law suit against Broadstep Academy Indiana Inc. For Discrimination at the place of work.

I hereby file this law suit against Broadstep Academy at the received close of their business in Fort Wayne they other workers, their final benefits/entitlement but I was not paid due to my national origin, race and age. I called HR but no one picked up my call. I emailed the managers they did not respond/reply. I personally went to their HR department and HR officer Margrete Gason told me that operation's manager Melissa Benette did not forward my appointment letter to them, hence could not calculate my vacation and sick hours to pay me. She further advised me to bring my copy of letter of employment but unfortunately I was not able to find it. I reported my plight to Metropolitan commission in Fort Wayne and Broadstep lied that I was paid. Metropolitan referred my case to Department of Labor and Department of Labor advised me to file a law suit in the Federal Court against Broadstep with all my documents to prove my case and evidence that I was not paid. I hereby attached all the copies of my documents to show that I was not paid.

1 - My last pay stubs which would have shown how I was paid.
2 - My letter of appointment which should be used to calculate my vacation and sick hours from 8/29/21 - May 31/22.
3 - A letter from site supervisor phone number 260 402 2800.
4 - Copies of my emails to various managers for them to pay me.

I will be very grateful if you would use the law of this court/country force Broadstep to pay me my entitlement as they paid other workers.
Thanking you in advance.

Yours faithfully,
ME[signature]
Matthew Emedobi.

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

_____

_____

_____

_____

_____

**DOCUMENTS** – I have attached a copy of the following documents:

◯ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

◯ Notice of Right to Sue letter

◯ Other: _____

_____

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_MC_  I will keep a copy of this complaint for my records.

_MC_  I will promptly notify the court of any change of address.

_MC_  I declare **under penalty of perjury** that the statements in this complaint are true.

_[signature]_                                                        June 8, 2023
Signature                                                                Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]