# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MATTHEW EMEDOBI

        Plaintiff

  v.

                                      Civil Action No. 1:23-cv-235

BROADSTEP ACADEMY INDIANA INC
*also known as* Broadstep Academy IN Inc

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Cristal C Brisco.

DATE: 7/11/2024                             CHANDA J. BERTA, CLERK OF COURT

                                                                 by   s/A. Highlen_____
                                                                     *Signature of Clerk or Deputy Clerk*