UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

MATTHEW EMEDOBI,

    Plaintiff,

    v.

BROADSTEP ACADEMY INDIANA INC,

    Defendant.

Case No. 1:23-CV-235-CCB-SLC

## ORDER

This case was dismissed without prejudice on July 10, 2024. [DE 10]. At Plaintiff's request, the case was reopened on August 22, 2024, to give Plaintiff, proceeding *pro se*, one more opportunity to perfect service pursuant to Fed. R. Civ. P. 4(m). Plaintiff's deadline for perfecting service was extended to October 22, 2024. [DE 14]. Since August 22, 2024, Plaintiff has filed nothing in this case. Therefore, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

SO ORDERED.

October 31, 2024

                                                               /s/ *Cristal C. Brisco*
                                                               CRISTAL C. BRISCO, JUDGE
                                                               UNITED STATES DISTRICT COURT