AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MATTHEW EMEDOBI
    Plaintiff

           v.             Civil Action No. 1:23-cv-235

BROADSTEP ACADEMY INDIANA INC
*also known as*
Broadstep Academy IN Inc
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Cristal C. Brisco.

DATE:  11/4/2024             CHANDA J. BERTA, CLERK OF COURT

           by  s/N. Corle
           *Signature of Clerk or Deputy Clerk*